UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON ANTHONY VRH, | No.  1:25-cv-01833-KES-SAB (PC) |
| Plaintiff, | FINDINGS AND RECOMMENDATIONS RECOMMENDING DISMISSAL OF CERTAIN CLAIMS AND DEFENDANTS |
| v. | |
| CDCR, et al., | (ECF No. 8) |
| Defendants. | |

Plaintiff is proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On May 28, 2026, the Court screened Plaintiff's complaint and found that Plaintiff stated a cognizable deliberate indifference claim against Defendants J. Moeckly, Howard Moseley, C. Huckabay, Dr. Pawan Kumar, Dr. Singh, J. Zamora, Dr. J. Mevi, and officer Williams.  (ECF No. 7.)  No other claims were found to be cognizable, and Plaintiff was granted thirty days to either file an amended complaint or notify the Court of his intent to proceed only on the retaliation claim.  (Id.)

On June 11, 2026, Plaintiff filed a notice of intent to proceed only on the deliberate indifference claim.  (ECF No. 8.)

Based on the foregoing, it is HEREBY RECOMMENDED that:

1. This action proceed only on Plaintiff's deliberate indifference claim against

1

Defendants J. Moeckly, Howard Moseley, C. Huckabay, Dr. Pawan Kumar, Dr. Singh, J. Zamora, Dr. J. Mevi, and officer Williams; and

2. All other claims and Defendants be dismissed from the action for failure to state a cognizable claim for relief.

These Findings and Recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within **fourteen (14) days** after being served with these Findings and Recommendations, Plaintiff may file written objections with the Court, limited to 15 pages, including exhibits. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may result in the waiver of rights on appeal. Wilkerson v. Wheeler, 772 F.3d 834, 838-39 (9th Cir. 2014) (citing Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:   **June 17, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2