UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON ANTHONY VRH,<br>Plaintiff,<br>v.<br>CDCR, et al.,<br>Defendants. | No. 1:25-cv-01833-KES-SAB (PC)<br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CLAIMS AND DEFENDANTS<br>Doc. 9 |

Plaintiff is proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On May 28, 2026, the Court screened Plaintiff's complaint and found that Plaintiff stated a cognizable deliberate indifference claim against Defendants J. Moeckly, Howard Moseley, C. Huckabay, Dr. Pawan Kumar, Dr. Singh, J. Zamora, Dr. J. Mevi, and officer Williams. Doc. 7. No other claims were found to be cognizable, and Plaintiff was granted thirty days to either file an amended complaint or notify the Court of his intent to proceed only on the retaliation claim. (Id.)

On June 11, 2026, plaintiff filed a notice of intent to proceed only on the deliberate indifference claim. Doc. 8. Therefore, on June 18, 2026, the magistrate judge issued findings and recommendations recommending that the action proceed only on the deliberate indifference claim against defendants J. Moeckly, Howard Moseley, C. Huckabay, Dr. Pawan Kumar, Dr. Singh, J.

Zamora, Dr. J. Mevi, and officer Williams, and that all other claims and defendants be dismissed from the action. Doc. 9. The Court served these findings and recommendations on Plaintiff with a notice that any objections were due within 14 days. *Id.* at 2. Plaintiff did not file objections, and the time in which to do so has expired.

In accordance with 28 U.S.C. § 636(b)(1), this Court reviewed the case de novo. Having carefully reviewed the matter, the Court concludes that the findings and recommendations are supported by the record and proper analysis. The Court ORDERS:

1. The findings and recommendations issued June 18, 2026 (Doc. 9) are ADOPTED in full.
2. This action SHALL proceed only on Plaintiff's deliberate indifference claim against defendants J. Moeckly, Howard Moseley, C. Huckabay, Dr. Pawan Kumar, Dr. Singh, J. Zamora, Dr. J. Mevi, and officer Williams.
3. All other claims and defendants are DISMISSED from the action.
4. This matter is referred to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: August 7, 2026

UNITED STATES DISTRICT JUDGE